# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JOHN ENEA,**
        **Plaintiff,**

    **v.**                                      Case No. 14-C-1001

**JTS DIRECT,**
        **Defendant.**

---

## ORDER

The plaintiff filed this case on August 15, 2014. Under Federal Rule of Civil Procedure 4(m), he had 120 days from filing within which to effect service of the complaint upon the defendant. That time period has expired, yet no proof of service has been submitted to the court. As no service appears to have been effected within the 120-day period, Rule 4(m) and Civil Local Rule 41(a) allow me to dismiss the case without prejudice upon my own initiative after 21 days' notice to the plaintiff. This order gives the plaintiff that notice.

Therefore, **IT IS ORDERED** that the plaintiff has 21 days from the date of this order to file proof of service. The plaintiff is advised that this case will be dismissed without prejudice if proof of service is not filed within that time.

Dated at Milwaukee, Wisconsin, this 18th day of December, 2014.

                                      s/ Lynn Adelman
                                      _____
                                      LYNN ADELMAN
                                      District Judge